**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

James Williams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-001608

---

Appeal From Lexington County
Grace Gilchrist Knie, Plea Judge
Walton J. McLeod, IV, Post-Conviction Relief Judge

---

Unpublished Opinion No. 2022-UP-384
Submitted September 1, 2022 – Filed October 19, 2022

---

**AFFIRMED**

---

Appellate Defender Jessica M. Saxon, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Lillian Loch Meadows, of Columbia, for Respondent.

---

**PER CURIAM:** Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR). Because there is sufficient evidence to support the PCR judge's finding that Petitioner did not knowingly and

intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's Question One and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986). We deny certiorari on Petitioner's Question Two.

On direct appeal, Petitioner argues the plea court erred in failing to allow him to address the court prior to the imposition of his sentence. Because Petitioner did not object at the plea hearing, we affirm pursuant to Rule 220(b), SCACR, and the following authority: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the [plea court]."); *id.* at 142, 587 S.E.2d at 693-94 ("Issues not raised and ruled upon in the [plea] court will not be considered on appeal.").

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.